932

No. 674.  UNITED STATES *v.* HUNT ET AL.; and
No. 675.  UNITED STATES *v.* OLLHOFF ET AL.

*Per Curiam:* The judgments are reversed. *United States* v. *Korpan,* 354 U. S. 271. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Robert A. Sprecher* and *Harry E. Ryan* for appellees. Reported below: 146 F. Supp. 143.

No. 723.  UNITED STATES *v.* MACK;
No. 724.  UNITED STATES *v.* CALI; and
No. 725.  UNITED STATES *v.* EDWARDS.

*Per Curiam:* The judgments are reversed. *United States* v. *Korpan,* 354 U. S. 271. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Robert A. Sprecher* for appellees.

No. 726.  UNITED STATES *v.* HATCH.

*Per Curiam:* The judgment is reversed. *United States* v. *Korpan,* 354 U. S. 271. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Robert A. Sprecher* for appellee.

No. 727.  UNITED STATES *v.* HARRIS ET AL.

*Per Curiam:* The judgment is reversed. *United States* v. *Korpan,* 354 U. S. 271. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Robert A. Sprecher* for appellees.